## Frank Seger, Appellant, v. John Pollard et al., Appellees.

### Gen. No. 9,436.

opinion filed August 3, 1939; rehearing denied October 3, 1939. Jacob Cantlin and Samuel Rubin, for appellant; A. M. Blodgett, for appellees. Opinion by PRESIDING JUSTICE DOVE. ''Not to be published in full.''